No. A–1134. Pennhurst State School and Hospital et al. v. Halderman et al. (No. 79–1404); Mayor of Philadelphia et al. v. Halderman et al. (No. 79–1408); Pennsylvania Association for Retarded Citizens et al. v. Pennhurst State School and Hospital et al. (No. 79–1414); Commissioners and Mental Health/Mental Retardation Administrator for Bucks County et al. v. Halderman et al. (No. 79–1415); and Pennhurst Parents-Staff Assn. v. Halderman et al. (No. 79–1489). C. A. 3d Cir. [Certiorari granted, 447 U. S. 904.] Motion of petitioner in No. 79–1489 for stay of the judgment of the Court of Appeals, pending final disposition of the cases in this Court, granted to the extent that the judgment mandates the movement of residents of the Pennhurst facility to "appropriate community living arrangements." In all other respects, the motion is

denied. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would deny the motion.